# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS PRODUCTS LIABILITY LITIGATION | No. 2:15-MD-02641-DGC<br><br>**SECOND AMENDED MASTER SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIMS AND DEMAND FOR JURY TRIAL** |

Plaintiff(s) named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff(s) further show the Court as follows:

1. Plaintiff/Deceased Party:

    ROBERT LEONARD KIESER

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:

    N/A

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

    N/A

4. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of implant:

    Missouri

5. Plaintiff's/Deceased Party's state(s) [if more than one Plaintiff] of residence at the time of injury:

    Missouri

6. Plaintiff's current state(s) [if more than one Plaintiff] of residence:

    Missouri

7. District Court and Division in which venue would be proper absent direct filing:

    _____ United States <u>District Court for the Western District of Missouri</u>

8. Defendants (check Defendants against whom Complaint is made):

    **X**    C.R. Bard Inc.

    **X**    Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    **X**    Diversity of Citizenship

    ☐    Other: _____

    a. Other allegations of jurisdiction and venue not expressed in Master Complaint:

    _____

    _____

    _____

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    X    Recovery® Vena Cava Filter

- ☐ G2® Vena Cava Filter
- ☐ G2® Express Vena Cava Filter
- ☐ G2® X Vena Cava Filter
- ☐ Eclipse® Vena Cava Filter
- ☐ Meridian® Vena Cava Filter
- ☐ Denali® Vena Cava Filter
- ☐ Other: ___ _____

11. Date of Implantation as to each product:

    ___11/24/2008

12. Counts in the Master Complaint brought by Plaintiff(s):

    **X** Count I:    Strict Products Liability – Manufacturing Defect

    **X** Count II:   Strict Products Liability – Information Defect (Failure to Warn)

    **X** Count III:  Strict Products Liability – Design Defect

    **X** Count IV:   Negligence - Design

    **X** Count V:    Negligence - Manufacture

    **X** Count VI:   Negligence – Failure to Recall/Retrofit

    **X** Count VII:  Negligence – Failure to Warn

    **X** Count VIII: Negligent Misrepresentation

    **X** Count IX:   Negligence *Per Se*

    **X** Count X:    Breach of Express Warranty

    **X** Count XI:   Breach of Implied Warranty

**X** Count XII: Fraudulent Misrepresentation

**X** Count XIII: Fraudulent Concealment

**X** Count XIV: Violations of Applicable Florida Law Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

☐ Count XV: Loss of Consortium

☐ Count XVI: Wrongful Death

☐ Count XVII: Survival

**X** Punitive Damages

☐ Other(s): _____ (please state the facts supporting this Count in the space immediately below)

_____

_____

13. Jury Trial demanded for all issues so triable?

**X** Yes

☐ No

RESPECTFULLY SUBMITTED this 9th day of April, 2018.

                                        BABBITT & JOHNSON, P.A.

                                        By:_____/s/ Joseph R. Johnson_____
                                                Joseph R. Johnson (Fla. Bar No. 372250)
                                                Suite 100
                                                1641 Worthington Road
                                                West Palm Beach, FL 33409
                                                (561) 684-2500
                                                jjohnson@babbitt-johnson.com

                                                James P. Cannon #37052MO
                                                James A. Montee #33489MO

MONTEE LAW FIRM, P.C.
10200 Holmes
Kansas City, MO 64131
(816) 523-0521
Facsimile: (816) 523-0084
jpc.atty@yahoo.com
jmontee@montee@monteelawfirm.com